UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALINDA BINION, Individually, as
Guardian and Conservator of ASA
SCOTT, JR.,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 23-12122

Mag. Judge Elizabeth A. Stafford

**STIPULATED ORDER EXTENDING TIME FOR RESPONSE**

Based on the stipulation of the parties through their undersigned counsel, in order to explore resolution of this action, Plaintiff shall have until June 27, 2025, to file a response to Defendant's motion for summary judgment (ECF No. 25).

IT IS SO ORDERED.

                                      s/Elizabeth A. Stafford
                                      U.S. MAGISTRATE JUDGE

Dated: May 15, 2025

SO STIPULATED AND AGREED:

| | |
|---|---|
| LAW OFFICE OF CY WEINER, PLC | JEROME F. GORGON, JR.<br>United States Attorney |
| */s/ Nicholas M. Marchenia* | */s/ Jennifer L. Newby* |
| NICHOLAS M. MARCHENIA (P73169)<br>3000 Town Center, Suite 2222<br>Southfield, Michigan 48075<br>(248) 351-2200<br>nmarchenia@cweinerassociates.com<br>*Attorney for Plaintiff* | Jennifer L. Newby (P68891)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-0295<br>Jennifer.Newby@usdoj.gov<br>*Attorneys for Defendant* |